UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARGENTIC REAL ESTATE INVESTMENT 2 LLC,<br><br>       Plaintiff,<br><br>  -against-<br><br>SHMUEL HAIKINS, SUSAN HOFFMAN, BARUCH C. MAINES, JOSEPH RUBIN and FRED P. SCHWARTZ,<br><br>       Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No.: 1:25-cv-3134 |

    PLEASE TAKE NOTICE that Julian Finer with the law firm of Kelley Drye & Warren LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for plaintiff Argentic Real Estate Investment 2 LLC.

Dated: New York, New York
    April 16, 2025

                KELLEY DRYE & WARREN LLP


                By: /s/ Julian Finer
                   Julian Finer

                3 World Trade Center
                175 Greenwich Street
                New York, New York 10007
                Telephone: (212) 808-7800
                Facsimile: (212) 808-7897
                jfiner@kelleydrye.com

                Attorneys for Plaintiff