```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    25cv3134(DLC)
ARGENTIC REAL ESTATE INVESTMENT 2 LLC,    :
                                          :    ORDER
                       Plaintiff,         :
          -v-                             :
                                          :
SHMUEL HAIKINS, et al.,                   :
                                          :
                       Defendants.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

This action was initiated on April 15, 2025 against defendants Shmuel Haikins, Susan Hoffman, Baruch C. Maines, Joseph Rubin, and Fred P. Schwartz. Pursuant to an Order of April 30, the deadline to respond to the Complaint was May 28. On May 27, 2025, defendants Hoffman, Maines, and Schwartz filed an Answer, as well as crossclaims against defendants Haikins and Rubin, counterclaims against the plaintiff, and third-party claims against other parties ("third-party defendants"). On May 28, the Clerk of Court issued a certificate of default as to defendants Haikins and Rubin. Accordingly, it is hereby

ORDERED that the plaintiff shall move for default judgment as to Haikins and Rubin by **June 13, 2025.** Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall by **June 13, 2025** submit a letter of no longer than two pages explaining the

basis for its belief that diversity of citizenship exists in this case.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order on Haikins and Rubin no later than **June 3, 2025,** and it shall serve its motion for default judgment papers on Haikins and Rubin no later than **June 17.** Proof of such service shall be filed on ECF no later than **June 20.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **July 1, 2025** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of Haikins and Rubin to appear will result in a default or a default judgment.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for June 12, 2025 is adjourned to **July 1, 2025** at **3:00 p.m.**

IT IS FURTHER ORDERED that the third-party plaintiffs (i.e., Hoffman, Maines and Schwartz) shall promptly serve this Order, along with a copy of the Court's Individual Practices, on the third-party defendants.

Dated:   New York, New York
         May 30, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge