```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ARGENTIC REAL ESTATE INVESTMENT 2 LLC,    :    25cv3134 (DLC)
                                          :
                            Plaintiff,    :        Order
              -v-                         :
                                          :
SHMUEL HAIKINS, et al.,                   :
                                          :
                            Defendants.   :
                                          :
----------------------------------------- X
                                          :
SUSAN HOFFMAN, et al.,                    :
                                          :
              Counterclaim and            :
              Crossclaim Plaintiffs,      :
                                          :
              -v-                         :
                                          :
ARGENTIC REAL ESTATE INVESTMENT 2 LLC,    :
                                          :
              Counterclaim Defendant,     :
                                          :
              and                         :
                                          :
SHMUEL HAIKINS, et al.,                   :
                                          :
              Crossclaim Defendants,      :
                                          :
              and                         :
                                          :
SPRING LOFTS BD LLC, et al.,              :
                                          :
              Third-Party Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

This action was initiated on April 15, 2025 against defendants Shmuel Haikins, Susan Hoffman, Baruch C. Maines, Joseph Rubin, and Fred P. Schwartz. On May 27, defendants Hoffman, Maines, and Schwartz ("counterclaim plaintiffs") filed

an answer and counterclaims against the plaintiff, crossclaims against Haikins and Rubin ("crossclaim defendants"), and third-party claims against Spring Lofts BD LLC, Spring Lofts Investors, LLC, Spring Lofts Crescent Pledge LLC, Spring Lofts Manager LLC, Spring Pref 1 LLC, and Joseph Treff ("third-party defendants").  An Order of May 30 directed the plaintiff to move for a default against Haikins and Rubin, which it did on June 12.  The same order scheduled an initial pretrial conference and a default conference for July 1.

On June 25, the plaintiff filed a motion for partial judgment on the pleadings and to dismiss the counterclaims against it.  Nothing on the docket indicates that the crossclaims or third-party claims have been served.  Accordingly, it is hereby

ORDERED that the counterclaim plaintiffs shall file any amended counterclaims by **July 18, 2025**.  It is unlikely they will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended counterclaims are filed, the counterclaim plaintiffs shall file any opposition to the motion to dismiss and for judgment on the pleadings by **July 18, 2025**.  The plaintiff's reply, if any, shall be filed by **August 1, 2025**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

2

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the counterclaim plaintiffs shall by **July 1, 2025** file either proof of service of their claims on the crossclaim defendants and on the third-party defendants or a letter of no longer than two pages detailing their efforts to do so.

Dated:  New York, New York
        June 26, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge