UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARGENTIC REAL ESTATE INVESTMENT 2 LLC,<br><br>                          Plaintiff,<br><br>      - against -<br><br>SHMUEL HAIKINS, SUSAN HOFFMAN, BARUCH C. MAINES, JOSEPH RUBIN and FRED P. SCHWARTZ,<br><br>                         Defendants. | 25-cv-03134 (DLC)<br><br>**DEFAULT ~~JUDGMENT~~** *e.* |

DENISE COTE, U.S.D.J.:

Plaintiff Argentic Real Estate Investment 2 LLC ("Argentic") commenced this action on April 15, 2025 with the filing of the Complaint. (ECF No. 1). On April 18, 2025, the Summonses and Complaint were properly served on defendants Shmuel Haikins and Joseph Rubin through personal service on their authorized agent as designated in the guaranty at issue in this action. Proof of service was filed on April 18, 2025. (ECF Nos. 15, 18). Haikins and Rubin did not timely answer, move against or otherwise respond to the Complaint. On May 29, 2025, the Clerk of the Court entered a Clerk's Certificate of Default. (ECF No. 29). Haikins and Rubin are in default of their obligation to respond to the Complaint.

Argentic seeks a default ~~judgment~~ *or* solely as to Haikins and Rubin's liability on the sole breach of contract claim, with an assessment of damages deferred until after the Court rules on the liability of non-defaulting defendants Susan Hoffman, Baruch C. Maines and Fred P. Schwartz.

For good cause shown, *a default* ~~judgment~~ is entered in favor of Argentic and against defendants Haikins and Rubin, solely with respect to Haikins and Rubin's liability on Argentic's claim for

breach of the parties' contract. Any inquest on damages will proceed after a determination of the non-defaulting defendants' liability.

Dated:  New York, New York
        July 1, 2025

SO ORDERED.

_____
Denise L. Cote
United States District Judge