```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ARGENTIC REAL ESTATE INVESTMENT 2 LLC,   :    25cv3134 (DLC)
                                         :
                         Plaintiff,      :         Order
          -v-                            :
                                         :
SHMUEL HAIKINS, et al.,                  :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
                                         :
SUSAN HOFFMAN, et al.,                   :
                                         :
            Counterclaim,                :
            Crossclaim, and Third-       :
            Party Plaintiffs,            :
                                         :
          -v-                            :
                                         :
ARGENTIC REAL ESTATE INVESTMENT 2 LLC,   :
                                         :
            Counterclaim Defendant,      :
                                         :
            and                          :
                                         :
SHMUEL HAIKINS, et al.,                  :
                                         :
            Crossclaim Defendants,       :
                                         :
            and                          :
                                         :
SPRING LOFTS BD LLC, et al.,             :
                                         :
            Third-Party Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 7, 2025, the third-party defendants filed a motion to dismiss the third-party complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ.

P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the third-party plaintiffs shall file any amended complaint by **August 29, 2025**. It is unlikely that the third-party plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the third-party plaintiffs shall file any opposition to the motion to dismiss by **August 29, 2025**. The third-party defendants' reply, if any, shall be filed by **September 12, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 8, 2025

_____
            DENISE COTE
    United States District Judge