IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARGENTIC REAL ESTATE INVESTMENT 2 LLC,<br>      *Plaintiff,*<br>v.<br>SHMUEL HAIKINS,<br>SUSAN HOFFMAN,<br>BARUCH C. MAINES,<br>JOSEPH RUBIN, and<br>FRED P. SCHWARTZ,<br>      *Defendants.* | Case No. 1:25-cv-03134<br><br>**DEFAULT** ~~**JUDGMENT**~~ *e* |
| SUSAN HOFFMAN,<br>BARUCH C. MAINES, and<br>FRED P. SCHWARTZ,<br>      *Crossclaim Plaintiffs,*<br>v.<br>SHMUEL HAIKINS and<br>JOSEPH RUBIN,<br>      *Crossclaim Defendants.* | |
| SUSAN HOFFMAN,<br>BARUCH C. MAINES, and<br>FRED P. SCHWARTZ,<br>      *Counterclaim Plaintiffs,*<br>v.<br>ARGENTIC REAL ESTATE<br>INVESTMENT 2 LLC,<br>      *Counterclaim Defendants.* | |
| SUSAN HOFFMAN,<br>BARUCH C. MAINES, and<br>FRED P. SCHWARTZ,<br>      *Third Party Plaintiffs,*<br>v.<br>SPRING LOFTS BD LLC,<br>SPRING LOFTS INVESTORS LLC,<br>SPRING LOFTS CRESCENT LLC,<br>SPRING LOFTS CRESCENT PLEDGE LLC,<br>SPRING LOFTS MANAGER LLC,<br>SPRING PREF 1 LLC, and<br>JOSEPH TREFF,<br>      *Third Party Defendants.* | |

DENISE COTE, U.S.D.J.:

Plaintiff Argentic Real Estate Investment 2 LLC ("Argentic") commenced this action on April 15, 2025 with the filing of the Complaint. (ECF No. 1). On June 1,2 025, that Defendants Maines, Hoffman and Schwartz (the "Five Star Defendants") filed crossclaims against Defendants Haikins and Rubin.

A copy of the crossclaims was properly served on Defendant Joseph Rubin by personally serving the complaint to an adult of suitable age and discretion at Joseph Rubin's residence and by mailing a true copy of the crossclaims to defendant Rubin's residence. Proof of service was filed on July 22, 2025. (ECF No. 59). Rubin did not timely answer, move against or otherwise respond to the crossclaims. On September 11, 2025, the Clerk of the Court entered a Clerk's Certificate of Default. (ECF No. 89).

Rubin is in default of his obligation to respond to the crossclaims. The Five Star Defendants seek a default ~~judgment~~ *judgt* solely as to Rubin's liability on the following cross claims: Crossclaim I (Common Law Indemnification), Crossclaim III (Contribution), Crossclaim IV (Fraudulent Inducement), Crossclaim VI (Aiding and Abetting Breach of Fiduciary Duty), Crossclaim VII (Unjust Enrichment), and Crossclaim VIII (Equitable Subrogation).

For good cause shown, ~~judgment~~ *a default* is entered in favor of the Five Star Defendant/Crossclaimants and against defendant Rubin, solely with respect to Rubin's liability on the Five Star Defendants' claims for common law indemnification, contribution, fraudulent inducement, aiding and abetting breach of fiduciary duty, unjust enrichment and equitable subrogation.

1

Any inquest on damages will proceed after a determination of the Five Star Defendants' liability on Plaintiff's claims.

Dated: New York, New York  September 15, 2025

SO ORDERED.

_____
Denise L. Cote
United States District Judge