```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ARGENTIC REAL ESTATE INVESTMENT 2 LLC,    :    25cv3134 (DLC)
                                          :
                           Plaintiff,     :    Order
              -v-                         :
                                          :
SHMUEL HAIKINS, et al.,                   :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X
                                          :
SUSAN HOFFMAN, et al.,                    :
                                          :
              Counterclaim,               :
              Crossclaim, and Third-      :
              Party Plaintiffs,           :
                                          :
              -v-                         :
                                          :
ARGENTIC REAL ESTATE INVESTMENT 2 LLC,    :
                                          :
              Counterclaim Defendant,     :
                                          :
              and                         :
                                          :
SHMUEL HAIKINS, et al.,                   :
                                          :
              Crossclaim Defendants,      :
                                          :
              and                         :
                                          :
SPRING LOFTS BD LLC, et al.,              :
                                          :
              Third-Party Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

This action was initiated by plaintiff Argentic Real Estate Investment 2 LLC on April 15, 2025, against defendants Shmuel Haikins, Susan Hoffman, Baruch C. Maines, Joseph Rubin, and Fred

P. Schwartz. On May 27, defendants Hoffman, Maines, and Schwartz filed an Answer, as well as crossclaims against defendants Haikins and Rubin, counterclaims against the plaintiff, and third-party claims against Spring Pref 1 LLC, Joseph Treff, and the five Spring Lofts third-party defendants. On September 18, Hoffman, Maines, and Schwartz filed affidavits of service on the Spring Lofts third-party defendants. The Spring Lofts third-party defendants did not timely respond to the third-party claims. Accordingly, it is hereby

ORDERED that the Hoffman, Maines, and Schwartz shall file any motion for default judgment against the Spring Lofts third-party defendants by **October 29, 2025.** Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant. The default judgment hearing will occur on **November 12, 2025, at 3:00 pm.**

IT IS FURTHER ORDERED that Hoffman, Maines, and Schwartz shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on Haikins and Rubin and shall file proof of such service on ECF on or before

**November 5, 2025.**

Dated:   New York, New York
         October 22, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge