UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :
ARGENTIC REAL ESTATE INVESTMENT 2 LLC, :        25cv3134(DLC)
                                     :
                        Plaintiff,   :           ORDER
            -v-                      :
                                     :
SHMUEL HAIKINS, et al.,              :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

An Opinion of December 19, 2025, informed the parties that they would be given the opportunity to develop the record on the issue of commercial reasonableness and to address it in further briefing. Accordingly, it is hereby

ORDERED that the parties shall submit by **January 9, 2026,** joint or separate proposals for the conduct of fact discovery and a schedule for supplemental briefing regarding the issue.

Dated:     New York, New York
           December 19, 2025

                              _____
                              DENISE COTE
                              United States District Judge