

**William S. Gyves**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7640
Fax: (212) 808-7897
WGyves@KelleyDrye.com

January 7, 2026

**Via ECF**
Honorable Denise Cote, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten: Denied. The January 9 proposal may include time in January to resolve this litigation. Denise Cote 1/7/26]*

Re:    Argentic Real Estate Investment 2 LLC v. Haikins, et al.
       1:25-cv-03134 (DLC)

Your Honor:

        We represent plaintiff Argentic Real Estate Investment 2 LLC ("Argentic"). With the consent of counsel for defendants Susan Hoffman, Baruch C. Maines and Fred P. Schwartz (collectively, the "Five Star Defendants"), we write to jointly request an extension of the deadline set forth in the Order of December 19, 2025 (ECF 109) for the submission of proposed discovery and briefing schedules.

        In light of the Opinion and Order (ECF 108) granting in part and denying in part Argentic's motion for partial judgment on the pleadings and to dismiss the counterclaims, Argentic and the Five Star Defendants have agreed to explore a potential resolution to this dispute. We respectfully submit that a 30-day extension of the January 9, 2026 deadline for the filing of proposed discovery and briefing schedules will facilitate those settlement efforts. Counsel jointly propose that by no later than February 9, 2026, they either will advise the Court that they have made material progress toward resolving this matter or submit those proposed schedules.

        Thank you in advance for your consideration.

                                        Respectfully submitted,

                                        /s/ William S. Gyves

                                        William S. Gyves

cc:    All Counsel of Record  (via ECF)